UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 22-CV-11553

NATALIE ANDERSON,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., RESIDENCE INN NASHUA (formerly known as RESIDENCE INN BY MARRIOTT located in NASHUA and is also the DBA of NASHUA TS LODGING, LLC); TRUE NORTH HOTEL GROUP AND JENNIFER BROOKS,

    Defendants.

## DEFENDANT JENNIFER BROOKS' SEPARATE MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant Jennifer Brooks ("Ms. Brooks"), by and through its undersigned counsel, respectfully moves this Court to dismiss Plaintiff's Complaint under Rule 12(b)(2) and Rule 12(b)(5) of the Federal Rules of Civil Procedure. As set forth more specifically in the accompanying Memorandum of Law, Plaintiff's claims against Ms. Brooks should be dismissed for lack of personal jurisdiction and insufficiency of service of process.

The Defendant,
JENNIFER BROOKS,
By Her Attorneys,

MORRISON MAHONEY LLP

*/s/ Amy B. Yarbro*

Amy B. Yarbro, BBO # 686665
ayarbro@morrisonmahoney.com
Gabriela Archilla, BBO#706925
garchilla@morrisonmahoney.com
250 Summer Street
Boston, MA  02210
(617) 439-7500

## **CERTIFICATE OF SERVICE**

I, Amy B. Yarbro, attorney for the defendants, hereby certify that I have this day served the foregoing to all parties of record in this action by e-mail to:

Natalie Anderson
679 Washington Street, Suite #8-206
Attleboro, Massachusetts 02703
Liberty_6@msn.com

Dated:   September 28, 2022            Attorney:       */s/ Amy B. Yarbro*
                                                                        Amy B. Yarbro