UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTIONO: 22-CV-11553

NATALIE ANDERSON,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., RESIDENCE INN NASHUA (formerly known as RESIDENCE INN BY MARRIOTT located in NASHUA and is also the DBA of NASHUA TS LODGING, LLC); TRUE NORTH HOTEL GROUP AND JENNIFER BROOKS,

    Defendants.

## **DEFENDANTS' CERTIFICATE OF GOOD FAITH IN COMPLIANCE WITH DISTRICT COURT LOCAL RULE 7.1**

I, Amy B. Yarbro, Attorney for the Defendants, Marriott International, Inc., Nashua TS Lodging, LLC d/b/a Residence Inn Nashua, True North Hotel Group, Inc. and Jennifer Brooks, hereby certify that I have conferred with the plaintiff, Natalie Anderson, in writing via letter dated September 22, 2022 as well as by telephone conference and email exchange on September 27, 2022, in an attempt to resolve or narrow the issues raised in the Defendant's Motion to Dismiss. The parties could not come to a resolution.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28th DAY OF September, 2022.

                                 Attorney:    */s/Amy B. Yarbro*
                                                      Amy B. Yarbro BBO#686665

## CERTIFICATE OF SERVICE

I, Amy B. Yarbro, attorney for the defendants, hereby certify that I have this day served the foregoing to all parties of record in this action by e-mail to:

Natalie Anderson
679 Washington Street, Suite #8-206
Attleboro, Massachusetts 02703
Liberty_6@msn.com

Dated:   September 28, 2022           Attorney:        */s/ Amy B. Yarbro*
                                                                                    Amy B. Yarbro