# EXHIBIT 3

Natalie Anderson
679 Washington St #8-206
Attleboro MA 02703

Marriott International, Inc
10400 Fenwood Road
Bethesda, Maryland 20817

Reese Lotte
Date
9/14/2022 10:15:18 AM


ZIP 01801
02 4W
0000380369 SEP
US POSTAGE
$ 00

Natalie Anderson
679 Washington St #G221
Attleboro

Residence Inn Nashua
(DBA for Nashua TS Lodging LLC)
25 Trafalgar Square
Nashua, New Hampshire 03063



US POSTAGE
ZIP 01801
02 4W
0000380369 SEP 01 2022
$ 009.41

Natalie Anderson
679 Washington St. #B-206
Attleboro MA 02703





True North Hotel Group
7300 West 110th Street, Suite 990
Overland Park, Kansas 66210

Jennifer Brooks
40 Lake Avenue
Manchester, New Hampshire 03101