UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTIONO: 22-CV-11553

NATALIE ANDERSON,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., RESIDENCE INN NASHUA (formerly known as RESIDENCE INN BY MARRIOTT located in NASHUA and is also the DBA of NASHUA TS LODGING, LLC); TRUE NORTH HOTEL GROUP AND JENNIFER BROOKS,

    Defendants.

## CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT MARRIOTT INTERNATIONAL, INC.

Pursuant to Fed. R. Civ. Pro., Rule 7.1, the defendant, Marriott International, Inc., states that it is a publicly traded corporation with no parent corporation and with no publicly held company owning 10 percent or more of its stock.

The Defendant,

By Its Attorneys,

*/s/ Amy B. Yarbro*

Amy B. Yarbro, BBO #686665
ayarbro@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:  617-439-7500
Fax:    617-342-4918

101539019

## **CERTIFICATE OF SERVICE**

      I, Amy B. Yarbro, attorney for the defendants, hereby certify that I have this day served the foregoing **Corporate Disclosure Statement** to all counsel of record in this action by e-mail to:

Natalie Anderson  
679 Washington Street, Suite #8-206  
Attleboro, Massachusetts 02703  
liberty_6@msn.com

Dated:   October 3, 2022              Attorney:     */s/ Amy B. Yarbro*  
                                                                          Amy B. Yarbro