COMMONWEALTH OF MASSACHUSETTS
MASSACHUSETTS SUPERIOR COURT - MIDDLESEX COUNTY - LOWELL

NATALIE ANDERSON,)
Plaintiff,)
)
) CASE #: 2081CV02957
v.)
)
RESIDENCE INN NASHUA (DBA FOR NASHUA)
TS LODGING LLC) ET AL)
Defendants.)
)

**MOTION & AFFIDAVIT TO ENTER DEFAULT AGAINST DEFENDANT JENNIFER BROOKS**

1. The plaintiff hereby moves the clerk of the court, pursuant to Rule 55(a) to enter default against Defendant Jennifer Brooks in this case for failure to file an answer or to respond to the summons and complaint.
2. In furtherance of this, the plaintiff hereby depose and saith under oath, under the pains and penalties of perjury, and provides the below affidavit as part of this motion, as follows:
3. On 8-9-22, the court ordered that, in order to effect service of process, the plaintiff is allowed to provide the summons and complaint to the clerk (by 8-31-22) and that the clerk shall mail the summons and complaint to the out-of-state defendants. See screenshot below:



1

4. On 8-31-22, the plaintiff provided the summons and complaint to the clerk as ordered by the court, and the clerk mailed the summons and complaint to Defendant Jennifer Brooks, pursuant to Rule 4. See **Exhibit 1** (for copy of the summons served).
5. Therefore, on 8-31-22, the plaintiff served process on Defendant Jennifer Brooks. This has been confirmed by the clerk by email. See **Exhibit 2.**
6. NB: Also, according to Rule 5(b), service by mail is complete upon mailing.
7. Similarly, according to the instructions on the summons, the defendant has 20 days to respond to or defend against the lawsuit. See screenshot of summons below.

**Commonwealth of Massachusetts**

MIDDLESEX SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 2081CV02957

PLAINTIFF(S): Natalie Anderson

v. Residence Inn Nashua, et al

DEFENDANT(S)



**SUMMONS**

THIS SUMMONS IS DIRECTED TO Jennifer Brooks (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Middlesex Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

**How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

a. Filing your **signed original response** with the Clerk's Office for Civil Business, Middlesex Superior Court, 370 Lowell MA 01852 (address), by mail or in person, **AND**

b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: Natalie Anderson, 674 Washington St., #8-206, Attleboro MA 027

...clude in your response. An "Answer" is one type of response to a Complaint. Your Ans...
...the fact(s) alleged in each paragraph of the Complaint

8. Similarly Mass.R.Civ.P. 12(a)(1) states:

> (a) When Presented. (1) After service upon him of any pleading requiring a responsive pleading, a party shall serve such responsive pleading within **20 days** unless otherwise directed by order of the court.

9. It has been over 22 days now that has passed since serving of process on Defendant Jennifer Brooks and there has been no answer or responsive pleading filed with the court by Defendant Jennifer Brooks and no answer or responsive pleading mailed to the plaintiff from Defendant Jennifer Brooks. Similarly, no motion to dismiss or any other motion or pleading has been mailed to the plaintiff by Defendant Jennifer Brooks.
10. Massachusetts courts have consistently ruled that "A party may not flout the twenty-day filing deadline of Mass.R.Civ.P. 12(a)(1)." See Cicchese v. Tape Time Corp., 28 Mass. App. Ct. 72, 75 (1989). See also Kenney v. Rust, 17 Mass. App. Ct. 699, 703 (1984).
11. See also green card via the postal service for the Defendant Marriott International Inc. See **Exhibit 3**.
12. NB: A copy of the Amended Complaint had also been emailed to the defendant's hotel.
13. Also, Defendant Jennifer Brooks has not reached out to the plaintiff to request additional time to respond or defend, and Defendant Jennifer Brooks has not filed any such request with the court either.
14. Rule 55(a) states:

    (a) Entry: When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter his default.

15. Thus, Rule 55(a) of the Massachusetts Rules of Civil Procedure provides that a defendant failing to answer a complaint in timely fashion shall be defaulted.
16. The rule is explicit that such a disregard of the proper procedures "shall" result in a default. See Kenney v. Rust, 17 Mass. App. Ct. 699, 703 (1984).
17. Pursuant to this affidavit and motion, the plaintiff hereby avers that Defendant Jennifer Brooks in this case has failed to plead or otherwise defend as provided by these rules and therefore the clerk must enter default against Defendant Jennifer Brooks.
18. The clerk also confirmed that it is proper to now file this motion to enter default. See **Exhibit 4.**
19. Please grant the relief requested herein.

**Signed under the pains and penalties of perjury.**

Respectfully submitted,
/s/ Natalie Anderson
Natalie Anderson

September 22, 2022