UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 22-CV-11553

NATALIE ANDERSON,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., RESIDENCE INN NASHUA (formerly known as RESIDENCE INN BY MARRIOTT located in NASHUA and is also the DBA of NASHUA TS LODGING, LLC); TRUE NORTH HOTEL GROUP AND JENNIFER BROOKS,

    Defendants.

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE COURT:

Kindly withdraw the appearance of Gabriela B. Archilla as counsel for the defendants, Marriott International, Inc., Nashua TS Lodging, LLC, True North Hotel Group, Inc., and Jennifer Brooks.  The appearance of Amy B. Yarbro remains in effect.

The Defendants,

NASHUA TS LODGING LLC; TRUE NORTH HOTEL GROUP; INC, MARRIOTT INTERNATIONAL, INC., and JENNIFER BROOKS,

By Their Attorneys,

MORRISON MAHONEY LLP

*/s / Gabriela Archilla*
Amy B. Yarbro, BBO # 686665
ayarbro@morrisonmahoney.com
Gabriela Archilla, BBO#706925
garchilla@morrisonmahoney.com
250 Summer Street
Boston, MA  02210
(617) 439-7500

## CERTIFICATE OF SERVICE

I, Gabriela Archilla, attorney for the defendants, hereby certify that I have this day served the foregoing to all counsel or parties of record in this action by e-mail to:

Natalie Anderson
679 Washington Street, Suite #8-206
Attleboro, Massachusetts 02703
Liberty_6@msn.com

Dated:  October 11, 2022                    Attorney:      */s/ Gabriela Archilla*
                                                                            Gabriela Archilla