UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 22-CV-11553

NATALIE ANDERSON,
Plaintiff,

V.

MARRIOTT INTERNATIONAL, INC.,
RESIDENCE INN NASHUA (formerly
known as RESIDENCE INN BY
MARRIOTT located in NASHUA and is
also the DBA of NASHUA TS LODGING,
LLC); TRUE NORTH HOTEL GROUP
AND JENNIFER BROOKS,
Defendants.



### PRO SE MOTION TO PARTICIPATE IN ELECTRONIC FILING

NOW COMES the Plaintiff, Natalie Anderson, appearing pro se (hereafter "Pro Se Litigant"), and respectfully requests that the court permit said Pro Se Litigant to participate in electronic filing. In support of this motion, Pro Se Litigant states the following:

1. Pro Se Litigant is presently named a party in the above case.
2. Pro Se Litigant is not presently incarcerated.
3. Pro Se Litigant represents that he/she has the appropriate computer system requirements to participate in electronic filing.
4. Pro Se Litigant requires electronic access in order to participate fully in the case and in a timely manner.
5. Pro Se Litigant is located at a far physical distance from the court.
6. Please grant the relief requested.

Respectfully submitted,
/s/ Natalie Anderson
Natalie Anderson
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 617-710-7093
Email: liberty_6@msn.com

September 30, 2022

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing MOTION was mailed to the following persons at the address specified herein: Amy Yarbo, counsel for the defendants, at 250 Summer Street, Boston, MA 02210.

Respectfully submitted,
/s/ Natalie Anderson
Natalie Anderson
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 617-710-7093
Email: liberty_6@msn.com

*Motion allowed. NMGorton, USDJ 10/21/2022*