UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>Natalie Anderson</u>**

    Plaintiff

v.                                  Civil Action No. <u>22-11553-NMG</u>

**<u>Marriott International Inc, et al.</u>**

    Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>GORTON, D.J.</u>

    The Court having been advised by Counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

                                                    By the Court,

5/23/2023                                          /s/Douglas Warnock
   Date                                               Douglas Warnock
                                                              Deputy Clerk