UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 22-CV-11553

NATALIE ANDERSON,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., RESIDENCE INN NASHUA (formerly known as RESIDENCE INN BY MARRIOTT located in NASHUA and is also the DBA of NASHUA TS LODGING, LLC); TRUE NORTH HOTEL GROUP AND JENNIFER BROOKS,

    Defendants.

## JOINT STIPULATION TO EXTENSION OF THE DEADLINE IN THE COURT'S 5/23/23 SETTLEMENT ORDER OF DISMISSAL

The parties hereby stipulate and agree to an extension up to and including to July 31, 2023, of the deadline that was provided in the court's settlement order of dismissal dated May 23, 2023.

| The Plaintiff, | The Defendants, |
| --- | --- |
| | By Their Attorneys, |
| | |
| /s/Alexis Hamdan | /s/Amy B. Yarbro |
| | |
| Alexis Hamdan, Esq. | Amy B. Yarbro, BBO # 686665 |
| Tempus Fugit Law LLC | ayarbro@morrisonmahoney.com |
| 185 Devonshire Street | MORRISON MAHONEY LLP |
| Suite 201 | 250 Summer Street |
| Boston, MA 02110 | Boston, MA 02210 |
| alexis@tflawllc.com | (617) 439-7500 |

1

## **CERTIFICATE OF SERVICE**

      I, Amy B. Yarbro, attorney for the defendants, hereby certify that I have this day served the foregoing to all parties of record in this action by e-mail to:

Alexis Hamdan, Esq.
Gilbert J. Schipani, Esq.
Tempus Fugit Law LLC
185 Devonshire Street
Suite 201
Boston, MA 02110
*alexis@tflawllc.com*
litigation@tflawllc.com

a
Dated:   6/13/23                          Attorney:   */s/ Amy B. Yarbro*

                                                                            Amy B. Yarbro