UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 22-CV-11553

NATALIE ANDERSON,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., RESIDENCE INN NASHUA (formerly known as RESIDENCE INN BY MARRIOTT located in NASHUA and is also the DBA of NASHUA TS LODGING, LLC); TRUE NORTH HOTEL GROUP AND JENNIFER BROOKS,

    Defendants.

**ALLOWED David H. Hennessy U.S.M.J.**
Jul 28, 2023

## PARTIES' JOINT MOTION FOR FINAL EXTENSION OF THE DEADLINE IN THE COURT'S SETTLEMENT ORDER OF DISMISSAL

The Parties jointly move this Honorable Court to issue an order extending the deadline for the Court's settlement order of dismissal with prejudice, until August 30, 2023. In support of this Motion, the Parties state the following:

1. On May 23, 2023, the Court entered an order, pursuant to settlement reached in mediation, stating:

    "The Court having been advised by Counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated."

2. On June 16, 2023, the parties filed a stipulation of extension as follows

    "The parties hereby stipulate and agree to an extension up to and including to July 31, 2023, of the deadline that was provided in the court's settlement order of dismissal dated May 23, 2023."

3. The Parties hereby move the Court to allow a final extension of 30 more days up to and including to August 30, 2023, of the deadline for the court's settlement order of dismissal.

4. The parties agree that this will be the final extension.

WHEREFORE, the Parties jointly request that this Honorable Court issue an order extending the deadline for the Court's settlement order of dismissal with prejudice, until August 30, 2023.

| Plaintiff, | The Defendants, |
|---|---|
| /s/ *Natalie Anderson* | MARRIOTT INTERNATIONAL, INC., NASHUA TS LODGING LLC; TRUE NORTH HOTEL GROUP; INC., and JENNIFER BROOKS, |
| Natalie Anderson<br>679 Washington Street, Suite #8-206<br>Attleboro, Massachusetts 02703<br>Liberty_6@msn.com | By Their Attorneys,<br><br>MORRISON MAHONEY LLP<br><br>/s/ *Amy B. Yarbro*<br><br>Amy B. Yarbro, BBO # 686665<br>ayarbro@morrisonmahoney.com<br>250 Summer Street<br>Boston, MA  02210<br>(617) 439-7500 |

**CERTIFICATE OF SERVICE**

I, Amy B. Yarbro, attorney for the defendants, hereby certify that I have this day served the foregoing to all parties of record in this action by e-mail to:

Natalie Anderson
679 Washington Street, Suite #8-206
Attleboro, Massachusetts 02703
Liberty_6@msn.com

Dated:   July 28, 2023            Attorney:        /s/ *Amy B. Yarbro*
                                                                        Amy B. Yarbro

2