UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 22-CV-11553

---

NATALIE ANDERSON,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.,
RESIDENCE INN NASHUA (formerly
known as RESIDENCE INN BY
MARRIOTT located in NASHUA and is
also the DBA of NASHUA TS LODGING,
LLC); TRUE NORTH HOTEL GROUP
AND JENNIFER BROOKS,

    Defendants.

> **ALLOWED David H. Hennessy U.S.M.J.**
> Aug 31, 2023

---

## PARTIES' JOINT MOTION FOR FINAL EXTENSION OF THE DEADLINE IN THE COURT'S SETTLEMENT ORDER OF DISMISSAL

    The Parties jointly move this Honorable Court to issue an order extending the deadline for the Court's settlement order of dismissal with prejudice, until September 15, 2023. In support of this Motion, the Parties state the following:

1. On May 23, 2023, the Court entered an order, pursuant to settlement reached in mediation, stating:

   "The Court having been advised by Counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated."

2. On June 16, 2023, the parties filed a stipulation of extension as follows:

   "The parties hereby stipulate and agree to an extension up to and including to July 31, 2023, of the deadline that was provided in the court's settlement order of dismissal dated May 23, 2023."

3. On July 28, 2023, the Court entered an order granting the Parties' Joint Motion for Extension of Time to August 30, 2023 for the Court's settlement order of dismissal without prejudice.

4. The Parties hereby move the Court to allow a final extension up to and including September 15, 2023, for the court's settlement order of dismissal, so that the parties may finalize the settlement and subsequently file a stipulation of dismissal with prejudice.

| | |
|---|---|
| Plaintiff,<br><br><br>*/s/ Natalie Anderson*<br>_____<br>Natalie Anderson<br>679 Washington Street, Suite #8-206<br>Attleboro, Massachusetts 02703<br>Liberty_6@msn.com | The Defendants,<br>MARRIOTT INTERNATIONAL, INC.,<br>NASHUA TS LODGING LLC; TRUE<br>NORTH HOTEL GROUP; INC., and<br>JENNIFER BROOKS,<br>By Their Attorneys,<br><br>MORRISON MAHONEY LLP<br><br>*/s/ Amy B. Yarbro*<br>_____<br>Amy B. Yarbro, BBO # 686665<br>ayarbro@morrisonmahoney.com<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |

## **CERTIFICATE OF SERVICE**

 I, Amy B. Yarbro, attorney for the defendants, hereby certify that I have this day served

the foregoing to all parties of record in this action by e-mail to:

Natalie Anderson
679 Washington Street, Suite #8-206
Attleboro, Massachusetts 02703
Liberty_6@msn.com

Dated:   August 31, 2023      Attorney:    */s/ Amy B. Yarbro*
                      Amy B. Yarbro