UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 22-CV-11553

NATALIE ANDERSON,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., RESIDENCE INN NASHUA (formerly known as RESIDENCE INN BY MARRIOTT located in NASHUA and is also the DBA of NASHUA TS LODGING, LLC); TRUE NORTH HOTEL GROUP AND JENNIFER BROOKS,

    Defendants.

## STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT

The parties to the above-captioned matter have mutually resolved this matter pursuant to a confidential settlement and hereby stipulate that the plaintiff's complaint shall be dismissed, with prejudice, without costs, and waiving all rights under appeal.

| The Plaintiff, | The Defendants, |
|---|---|
| | By Their Attorneys, |
| *[signature]* | *[signature]* |
| Natalie Anderson | Amy B. Yarbro, BBO # 686665 |
| 679 Washington Street, Suite #8-206 | ayarbro@morrisonmahoney.com |
| Attleboro, Massachusetts 02703 | MORRISON MAHONEY LLP |
| Liberty_6@msn.com | 250 Summer Street |
| Date: 9/8/23 | Boston, MA 02210 |
| | (617) 439-7500 |

1